United States District Court
Southern District of Texas
**ENTERED**
August 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IDELL BELL and RASHARD TATUM, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-20-1654 |
| CONTINENTAL PRODUCTION SERVICES, INC. and CRAIG CORBELL, | § § § § | |
| Defendants. | § | |

## ORDER

On August 11, 2021, Plaintiffs, Idell Bell and Rashard Tatum, and Defendants, Continental Production Services, Inc. and Craig Corbell, filed a Joint Stipulation of Dismissal with Prejudice (docket no. 228) asserting that the parties stipulate to the dismissal of this matter with prejudice pursuant to Federal Rules of Civil Procedure. Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED** with prejudice against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 12th day of August, 2021.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE